THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK A. ERICKSON, Appellant.

Submitted July 23, 1940; decided July 24, 1940.

Motion for reargument denied.   (See 283 N. Y. 210.)

SARA CORDOVER, Respondent, *v.* ANNA CORDOVER, Appellant, Impleaded with Others.

Submitted July 23, 1940; decided July 24, 1940.

*A. M. Perkus* for motion.

*Arnold E. Feldman* and *Samuel L. Slutzky* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appeal is perfected and ready for argument during second week of next session, in which event the motion is denied.